No. 76–151. GLANTZ *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–155. ALLIED WITAN CO. *v.* ARO CORP. C. A. 6th Cir. Certiorari denied.

No. 76–168. TERMAR NAVIGATION CO., INC. *v.* THE PO-LANICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–170. INTERNATIONAL UNION OF OPERATING ENGI-NEERS, LOCAL UNION No. 701 *v.* H. A. ANDERSEN CO., INC., ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 76–172. KENNEDY ET AL. *v.* LEMON ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–173. DAILY MIRROR, INC. *v.* NEW YORK NEWS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–192. BARKER & BRATTON STEEL WORKS, INC. *v.* ST. PAUL FIRE & MARINE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–258. BLOOM, ACTING COMPTROLLER OF THE CUR-RENCY *v.* INDEPENDENT BANKERS ASSOCIATION OF AMERICA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–5002. MARTIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5007. RAFERTY (RAFTREY) *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5010. ZATKO *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. Certiorari denied.